UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.P.'S INN, INC., et al.,

                Plaintiffs,

-against-

CFG MERCHANT SOLUTIONS, LLC, et al.,

                Defendants.
------------------------------------------------------------X

23 Civ. 10984 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 11, 2024, required Plaintiffs to file a response to Defendant's pre-motion letter by January 19, 2024;

WHEREAS, Plaintiffs failed to submit the letter. It is hereby

**ORDERED** that, by **January 30, 2024**, Plaintiffs shall file the status letter.

Dated: January 24, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE