UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                 :
J.P.'S INN, INC., et al.,                                        :
                                            Plaintiffs,          :
                                                                 :            23 Civ. 10984 (LGS)
                    -against-                                    :
                                                                 :                  ORDER
CFG MERCHANT SOLUTIONS, LLC, et al.,                             :
                                            Defendants.          :
                                                                 :
----------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial conference is scheduled for March 6, 2024.

WHEREAS, on January 10, 2024, Defendants filed a letter motion regarding their proposed motion to dismiss.  On January 30, 2024, Plaintiff filed a response.  On February 28, 2024, Defendants filed a reply.

WHEREAS, the parties filed their initial pretrial conference materials on February 14, 2024.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the conference scheduled for March 6, 2024, is **CANCELLED.**  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue separately.  The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that the parties shall brief Defendants' motion to dismiss as follows:

- By **March 27, 2024**, Defendants shall file their motion and a memorandum of law in

support.

- By **April 19, 2024**, Plaintiffs shall file their opposition.

- By **May 2, 2024**, Defendants shall file a reply.

The parties shall comply with the Court's Individual Rules regarding motions.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 4, 2024
       New York, New York

_____
       LORNA G. SCHOFIELD
       UNITED STATES DISTRICT JUDGE