UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J.P.'S INN, INC., et al.,
                      Plaintiffs,

-against-

CFG MERCHANT SOLUTIONS, LLC, et al.,
                      Defendants.
-------------------------------------------------------------X

23 Civ. 10984 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated March 4, 2024, set a briefing schedule on Defendants' motion to dismiss and directed Plaintiffs to file a memorandum of law in opposition by April 19, 2024.

WHEREAS, Plaintiffs have not filed their memorandum of law in opposition. It is hereby

**ORDERED** that Plaintiffs shall file the memorandum of law and a letter addressing the delay as soon as possible and no later than **April 26, 2024.** If no letter is filed, Defendants' motion will be considered unopposed.

Dated: April 23, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**