UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    J.P.'S INN, INC., et al.,

                              Plaintiffs,

                 -against-                        23 Civ. 10984 (LGS)

                                        <u>ORDER</u>

    CFG MERCHANT SOLUTIONS, LLC, et al.,

                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order dated March 4, 2024, set a briefing schedule on Defendants' motion to dismiss and directed Plaintiffs to file a memorandum of law in opposition by April 19, 2024.

       WHEREAS, Plaintiffs did not timely file their memorandum of law in opposition.

       WHEREAS, an Order dated April 23, 2024, directed Plaintiffs to file the memorandum of law and a letter addressing the delay by April 26, 2024, or the motion would be considered unopposed.

       WHEREAS, Plaintiffs did not timely file the memorandum of law or the required letter. It is hereby

       **ORDERED** that Plaintiffs shall file a letter by **May 3, 2024,** stating whether the motion is opposed. If Plaintiffs file a letter stating that the motion is opposed, by the same date, they shall file their memorandum of law in opposition, or state in the letter on what grounds the motion is opposed or Plaintiffs will be deemed to concede to Defendants' arguments. If Plaintiffs fail to file the letter, this action will be dismissed for failure to prosecute.

Dated: April 30, 2024
       New York, New York

                                                           LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE